# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

vs.                    NO. 4:08CR00181-001 SWW

JAMES BLACKMAN ROBERTS                                          DEFENDANT

### **ORDER**

Pending before the Court is a motion for modification of imposed term of imprisonment filed by defendant, James Blackman Roberts [doc #54]. After a review of the pleading, the Court is of the opinion that a response by the United States of America would facilitate the resolution of this motion. The Court therefore directs the United States to respond to the pleading on or before twenty days after the date of entry of this Order.

IT IS SO ORDERED this 17th day of June 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE